Official Form 417A (Notice of Appeal and Statement of Election)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA — FORT MYERS DIVISION

FILED VIA MAIL
NOV 02 2026
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

In re:
**RICHARD EDWARD DEFINO** a/k/a
RICHARD JOSHUA BRENTON,
Debtor.
_______________________________/

Case No.: **2:26-bk-00863**
Chapter 7

**BRADLEY ENGLE,**
Plaintiff,
v.
**RICHARD EDWARD DEFINO** a/k/a
RICHARD JOSHUA BRENTON,
Defendant.

Adversary Proceeding No.:
**2:26-ap-00030-FMR**

Hon. Luis E. Rivera II

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

**1. Name(s) of appellant(s): Richard Edward DeFino**, Debtor / Defendant (appearing *pro se*)

**2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**

- **For appeals in an adversary proceeding:** [ ] Plaintiff **[ X ] Defendant** [ ] Other (describe): Debtor/Defendant
- **For appeals in a bankruptcy case and not in an adversary proceeding:** [ X ] Debtor [ ] Creditor [ ] Trustee

### Part 2: Identify the subject of this appeal

**1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

Appellant Richard Edward DeFino appeals to the **United States District Court for the Middle District of Florida, Fort Myers Division**, pursuant to 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8002(a)(1) and 8003, from:

- **(A) Docket No. 57 (*Order Granting Plaintiff's Motion for Summary Judgment on Count I, Denying Defendant's Motion for Summary Judgment, Dismissing Counts II and III, and Denying Remaining Motions as Moot*, dated October 24, 2026 and entered October 28, 2026):** Specifically appealing **Paragraphs 1, 2, 3, and 6** (granting Plaintiff's Motion for Summary Judgment [DN 24] on Count I; declaring the $250,000.00 state-court judgment and post-judgment interest nondischargeable under 11 U.S.C. § 523(a)(6); denying Defendant's Motion for Summary Judgment [DN 23] as to Count I; and denying as moot Defendant's Motion for Leave to Submit Supplemental Documentary Evidence [DN 54] and related filings [DN 37, DN 38, DN 47]). Appellant **does not appeal and expressly preserves Paragraph 4** (approving and granting the dismissal of Counts II and III) **and Paragraph 5** (denying Plaintiff's Motion to Strike [DN 25]); and
- **(B) Docket No. 58 (*Final Judgment in Favor of Plaintiff*, dated October 24, 2026 and entered October 28, 2026):** Specifically appealing **Paragraphs 1 and 2** entering Final Judgment in favor of Plaintiff Bradley Engle on Count I under 11 U.S.C. § 523(a)(6), while expressly preserving **Paragraph 3** confirming the dismissal of Counts II and III.

*True and correct copies of Docket No. 57 and Docket No. 58 are attached hereto as Exhibit A and Exhibit B in accordance with Fed. R. Bankr. P. 8003(a)(3)(B).*

**2. State the date on which the judgment—or the appealable order or decree—was entered: October 28, 2026** (signed October 24, 2026; entered on the docket October 28, 2026).

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys:

| Party Name & Role | Attorney (or Pro Se Party) Name, Address, Telephone & Email |
|---|---|
| **1. Richard Edward DeFino**<br>Defendant / Debtor / Appellant | **Richard Edward DeFino** (*Appearing Pro Se*)<br>3205 Benicia Court, Naples, FL 34109 \| Tel: (914) 224-6921 \| Email: defino7@hotmail.com |
| **2. Bradley Engle**<br>Plaintiff / Creditor / Appellee | **David W. Fineman, Esq.** (Florida Bar No. 0040993), F&L Law Group, PLLC<br>5237 Summerlin Commons Blvd., Fort Myers, FL 33907 \| Tel: (239) 323-0896 \| Email: DFineman@FLLawGroup.com |

## Part 4: Optional election to have appeal heard by District Court

The Eleventh Circuit does not maintain a Bankruptcy Appellate Panel, and Appellant hereby confirms and elects pursuant to 28 U.S.C. § 158(a)(1) and (c)(1) to have this appeal heard by the **United States District Court for the Middle District of Florida, Fort Myers Division**.

## Part 5: Sign below

**Date:** October 30, 2026

[signature]

**Richard Edward DeFino**, *Appellant / Defendant Pro Se*
3205 Benicia Court, Naples, Florida 34109
Tel: (914) 224-6921 | Email: defino7@hotmail.com

---

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2026, a true and correct copy of the foregoing *Notice of Appeal and Statement of Election (Official Form 417A)*, together with attached Exhibits A and B (Docket Nos. 57 and 58), was filed with the Clerk of the United States Bankruptcy Court for the Middle District of Florida and served via CM/ECF, U.S. First-Class Mail, and/or electronic mail upon:

- **David W. Fineman, Esq.**, F&L Law Group, PLLC, 5237 Summerlin Commons Blvd., Fort Myers, FL 33907 (Email: `DFineman@FLLawGroup.com`), *Counsel for Plaintiff/Appellee Bradley Engle*; and
- **Eric D. Jacobs, Chapter 7 Trustee**, Venable LLP, 100 N. Tampa Street, Suite 2600, Tampa, FL 33602 (Email: `ejacobs@venable.com`).

**Date:** October 30, 2026

[signature]

**Richard Edward DeFino**, *Appellant / Defendant Pro Se*

ORDERED.

**Dated: October 24, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

IN RE:

RICHARD EDWARD DEFINO A/K/A RICHARD JOSHUA BRENTON,

Debtor.
_______________________________________/

**Case No.:** 2:26-bk-00863-FMR

**Chapter 7**

BRADLEY ENGLE,

Plaintiff,

v.

RICHARD EDWARD DEFINO A/K/A RICHARD JOSHUA BRENTON,

Defendant.
_______________________________________/

**Ad. Pro. Case No.: 2:26-ap-00030-FMR**

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNT I, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, DISMISSING COUNTS II AND III, AND DENYING REMAINING MOTIONS AS MOOT**

THIS ADVERSARY PROCEEDING came before the Court for hearing on Plaintiff's Motion for Summary Judgment on Count I (DN 24), Defendant's Motion for Summary Judgment (DN 23), Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (DN

EXHIBIT
A

25), and Defendant's Motion for Leave to Submit Supplemental Documentary Evidence (DN 54).

For the reasons stated in open court, it is hereby **ORDERED:**

1. Plaintiff's Motion for Summary Judgment on Count I (DN 24) is GRANTED.

2. The debt evidenced by the Final Judgment entered in favor of Plaintiff, Bradley Engle, and against Defendant, Richard Edward DeFino a/k/a Richard Joshua Brenton, in the principal amount of $250,000.00, together with applicable post-judgment interest, is NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(6). The Court will enter a separate final judgment for Plaintiff.

3. Defendant's Motion for Summary Judgment (DN 23) is DENIED.

4. At the hearing, following the Court's ruling granting summary judgment on Count I, Plaintiff's counsel advised the Court that Plaintiff would voluntarily dismiss Counts II and III of the Complaint. The Court approves and grants the dismissal of Counts II and III. Accordingly, Counts II and III are voluntarily DISMISSED.

5. Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment (DN 25) is DENIED AS MOOT.

6. Defendant's Motion for Leave to Submit Supplemental Documentary Evidence (DN 54) is DENIED AS MOOT.

Attorney David W. Fineman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.



EXHIBIT
A

ORDERED.

**Dated: October 24, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

IN RE:

RICHARD EDWARD DEFINO A/K/A
RICHARD JOSHUA BRENTON,

Debtor.
_______________________________________/

**Case No.:** 2:26-bk-00863-FMR

**Chapter 7**

BRADLEY ENGLE,

Plaintiff,

v.

RICHARD EDWARD DEFINO A/K/A
RICHARD JOSHUA BRENTON,

Defendant.
_______________________________________/

**Ad. Pro.**
**Case No.: 2:26-ap-00030-FMR**

**FINAL JUDGMENT IN FAVOR OF PLAINTIFF**

Pursuant to the Court's Order granting Plaintiff's Motion for Summary Judgment on Count I (DN 56), and for the reasons stated in open court in October 22, 2025, it is

ORDERED AND ADJUDGED:

1. Final Judgment is entered in favor of Plaintiff, BRADLEY ENGLE, and against Defendant, RICHARD EDWARD DEFINO a/k/a RICHARD JOSHUA BRENTON, on Count I of the Complaint.

EXHIBIT
B

2. The debt evidenced by the Final Judgment entered in favor of Bradley Engle and against Richard Edward DeFino in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, in the principal amount of $250,000.00, together with all post-judgment interest accrued and accruing thereon pursuant to that judgment, is NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(6).

3. Counts II and III of the Complaint having been dismissed, this Final Judgment disposes of all claims asserted in this adversary proceeding.

4. The Clerk is directed to close this adversary proceeding.

Attorney David W. Fineman is directed to serve a copy of this judgment on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.



EXHIBIT
B

RECEIVED

NOV - 2 2026

Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

Screened by USMS

5

FROM: (914) 224-6921
Richard De Fino
3205 Benicia Ct
NAPLES FL 34109
US

SHIP DATE: 30OCT26
ACTWGT: 0.50 LB
CAD: 6574687/ROSA2710
DIMMED: 14 X 12 X 1 IN

TO Clerk US Bankruptcy Court
Sam M Gibbons US Courthouse
801 N Florida Ave
Suite 555
TAMPA FL 33602 (US)
(813) 301-5162 REF:
INV:
PO: DEPT:

RRDB2 EXP 09/27

FedEx Ground

G

J262026101501uv

TRK# 8794 8904 5544

33602

9632 0019 6 (000 000 0000) 0 00 8794 8904 5544

SAT 10/31 04:57
SAM M GIBBONS US COURTHOUSE
801 N FLORIDA AVE
STE 555
TAMPA FL
2148166
G
33602-3860-30
HOLD-2
ETP: 1
208:PD:100:V